ADELE FIEDLER, Appellant, *v.* GEORGE FIEDLER, Respondent.

(Submitted April 23, 1934; decided April 24, 1934.)

Motion to vacate order dismissing appeal granted, without costs.   (See 263 N. Y. 599.)